C. Dennis Loomis, Bar No. 82359
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-7120
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: cdloomis@bakerlaw.com

Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a Canadian corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SACV14-1486 DOC (DFMx)

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL COCKTAILS, INC.,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

### COMPLAINT

Globefill Incorporated, by its attorneys, as its complaint against Defendant Coastal Cocktails, Inc. ("Defendant"), alleges as follows:

### PARTIES AND JURISDICTION

1. Globefill Incorporated (hereinafter "Globefill"), is a Canadian corporation with its principal place of business at 333 Eglinton Avenue East, Toronto, Ontario, Canada M4P 1L7.

2. Upon information and belief, defendant Coastal Cocktails, Inc. is a California company with its principal place of business at 151 Kalmus Drive, Suite H6, Costa Mesa, California 92614.

3. This is an action for trademark infringement and for related claims of unfair competition under the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a) (as

1 amended). This Court has jurisdiction of this action under 28 U.S.C. §1331, 1332,
2 1338 (a)-(b) and 1367(a). Venue is proper in this district under 28 U.S.C. §§ 1391
3 and 1400(a).

## STATEMENT OF FACTS

4. Globefill produces and sells an ultra-premium vodka in bottle packaging in the shape of a skull, as depicted in Exhibit A attached hereto and incorporated herein by this reference.

5. Globefill is the owner of the trade dress that consists of "a configuration of a bottle in the shape of a skull" for use in association with "alcoholic beverages, namely vodka" (hereinafter "Skull Bottle Trade Dress"). Globefill registered the Skull Bottle Trade Dress with the United States Patent and Trademark Office under Registration No. 4043730.

6. Globefill's Application to register the Skull Bottle Trade Dress was filed on March 24, 2010 and Registration No. 4043730 was issued by the U.S. Patent and Trademark Office on October 25, 2011. A true and correct copy of Globefill's Registration Certificate No. 4043730 is attached hereto as Exhibit B and incorporated herein by this reference.

7. Pursuant to 15 U.S.C. § 1057, Globefill's Registration No. 4043730, is *prima facie* evidence of Globefill's ownership of the Skull Bottle Trade Dress, of the non-functionality and inherent distinctiveness of the Skull Bottle Trade Dress, and of Globefill's exclusive right to use the Skull Bottle Trade Dress in association with the goods identified therein: "alcoholic beverages, namely vodka."

8. Upon information and belief, Coastal Cocktails advertises, markets, sells and offers for sale, in the United States, a Margarita mix packaged in skull-shaped trade dress, as shown in the true and accurate photographs attached hereto as Exhibit C and incorporated herein by this reference.

# FIRST CLAIM FOR RELIEF - FEDERAL TRADEMARK INFRINGEMENT

9. Globefill repeats, and incorporates herein by this reference, the allegations set forth in paragraphs 1 through 8 hereinabove.

10. Defendant and its Margarita mix is not affiliated, connected or associated with, nor sponsored, authorized, approved or license by Globefill and/or its vodka.

11. Upon information and belief, Defendant adopted and began using skull-shaped trade dress for its Margarita mix without the consent or knowledge of Globefill.

12. Defendant's skull-shaped trade dress is similar to Globefill's federally registered Skull Bottle Trade Dress as both parties' trade dresses consist of skull-shaped bottle packaging for use in association with products consisting of or used in combination with distilled spirits.

13. Upon information and belief, Globefill's Skull Bottle Trade Dress and Defendant's skull-shaped trade dress are confusingly similar and both are used in association with competing and related products that travel in identical channels of trade.

14. Upon information and belief, Defendant's advertising, marketing, offering for sale and sale of a Margarita mix in skull-shaped trade dress is likely to cause relevant consuming public to be confused or mistaken as to whether Defendant or its Margarita mix is affiliated, connected, or associated with, or sponsored, authorized, or approved or licensed by Globefill and/or its vodka.

15. By the acts alleged herein, Defendant has infringed Globefill's federally registered Skull Bottle Trade Dress in violation of Section 32(1) of the Lanham Act (15 U.S.C. §1114(1)). Defendant has thereby caused, is causing and will continue to cause Globefill serious and irreparable damage for which there is

no adequate remedy at law, and Defendant's acts will, unless enjoined by this Court, continue to damage Globefill.

16. Upon information and belief, the aforesaid acts of trademark infringement have been undertaken with knowledge of Globefill's exclusive rights to the Skull Bottle Trade Dress, and are willful, entitling Globefill to an award of treble damages and attorneys' fees in bringing and maintaining this action, pursuant to Section 35(b) of the Lanham Act, 15 U.S.C. §1117(b).

**SECOND CLAIM FOR RELIEF - FEDERAL UNFAIR COMPETITION**

17. Globefill repeats, and incorporates here by this reference, the allegations set forth in paragraphs 1 through 8 and 10 through 16 hereinabove.

18. Defendant's advertising, marketing, offering for sale and sale of a competitive product used in combination with distilled spirits in a confusingly similar skull-shaped trade dress constitutes unfair competition and false designation of origin that is likely to deceive consumers.

19. By the aforesaid acts, Defendant has falsely designated the origin, quality and nature of its goods and business and has falsely described and represented same, causing likelihood of confusion and constituting unfair competition in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)). Defendant has thereby caused, is causing and will continue to cause Globefill serious and irreparable damage for which there is no adequate remedy at law, and Defendant's acts will, unless enjoined by this court, continue to damage Globefill.

20. Upon information and belief, the aforesaid acts of trademark infringement have been undertaken with knowledge of Globefill's exclusive rights to the Skull Bottle Trade Dress, and is willful, entitling Globefill to an award of treble damages and attorneys' fees in bringing and maintaining this action, pursuant to Section 35(b) of the Lanham Act, 15 U.S.C. §1117(b).

WHEREFORE, Plaintiff Globefill requests judgment as follows:

A. That Defendant, along with its officers, agents, servants, employees, attorneys, confederates, and all other persons in active concert or participation with Defendant to whom notice of the injunction is given by personal service or otherwise, be enjoined, at first preliminarily and, thereafter, permanently, from making any use of any colorable imitation of Globefill's Skull Bottle Trade Dress in any manner whatsoever;

B. That Defendant be ordered to deliver up to Globefill for destruction all materials comprising, associated with, bearing or packaged in skull-shaped trade dress;

C. That Defendant be ordered to recall all goods, advertisements and promotional materials comprising, associated with, bearing or packaged in skull-shaped trade dress from their present locations, including, but not limited to, locations owned by others;

D. That Defendant be required to account to Globefill for any and all profits derived by them and to compensate Globefill for all damages sustained by Globefill by reason of the acts complained of herein, and that such damages be trebled;

E. That Defendant pay Globefill's attorneys' fees, costs, and disbursements incurred in this action in view of the exceptional nature of this case due to the willful and intentional nature of the unfair competition and false designation of origin in the nature of trade dress infringement; and

F. For such other and further relief as the Court deems just and proper.

Dated: September 15, 2014

BAKER & HOSTETLER LLP

_____
C. Dennis Loomis
Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a Canadian corporation

## JURY TRIAL DEMAND

Plaintiff demands a jury trial as to all matters properly so tried.

Dated: September 15, 2014

BAKER & HOSTETLER LLP

_____
C. Dennis Loomis
Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a
Canadian corporation



**EXHIBIT A**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,043,730**  GLOBEFILL INCORPORATED (CANADA CORPORATION)
                       309 ALFRED STREET
**Registered Oct. 25, 2011**  KINGSTON, ONTARIO, CANADA K7L3S4

**Int. Cl.: 33**       FOR: ALCOHOLIC BEVERAGES, NAMELY, VODKA, IN CLASS 33 (U.S. CLS. 47 AND 49).

                       FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.
**TRADEMARK**
                       THE MARK CONSISTS OF A CONFIGURATION OF A BOTTLE IN THE SHAPE OF A SKULL.
**PRINCIPAL REGISTER**  THE BOTTLE CAP IS SHOWN IN DOTTED LINES AND IS NOT A PART OF THE MARK.

                       SER. NO. 77-967,530, FILED 3-24-2010.

                       SARA BENJAMIN, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

**EXHIBIT B**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**EXHIBIT B**



**EXHIBIT C**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
GLOBEFILL INCORPORATED, a Canadian corporation

**DEFENDANTS** (Check box if you are representing yourself ☐)
COASTAL COCKTAILS, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
C. Dennis Loomis, Esq.
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, 14th Floor
Los Angeles, California 90025-0509
Tel: (310) 820-8800

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§1114(1) and 1125(a). Trademark Infringement.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **SACV14-1486**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)                    CIVIL COVER SHEET                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Canada |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT): _/s/ C. Dennis Loomis_ DATE: September 15, 2014

C. Dennis Loomis

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

CV-71 (02/13)      CIVIL COVER SHEET      Page 2 of 2


American LegalNet, Inc.
www.FormsWorkFlow.com