C. Dennis Loomis, Bar No. 82359
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California  90025-7120
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859
Email:  cdloomis@bakerlaw.com

Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a Canadian corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>COASTAL COCKTAILS, INC.,<br><br>         Defendant. | Case No. SACV14-1486 DOC (DFMx)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Globefill Incorporated hereby responds to the Court's Order to Show Cause Why This Case Should Not Be Dismissed For Lack Of Prosecution entered January 15, 2015, Docket No. 10 (the "OSC").

Plaintiff has been diligently pursuing a negotiated compromise settlement of the claims asserted in this action.  Settlement discussions have been underway since the filing of this action, and are continuing.  Defendant Coastal Cocktails, Inc. circulated a draft written settlement agreement for review and response by Plaintiff on January 16, 2015.  Certain material issues remain to be resolved, but Plaintiff believes that there is a high likelihood that the parties will achieve a comprehensive settlement of all issues, leading to a voluntary resolution of this action, within not more than the next two to three weeks.

1  Therefore, Plaintiff respectfully requests that the Court continue the return
2  date on the OSC to February 20, 2015.  If the parties have not reached and reported
3  a final settlement to the Court prior to that date, or failing that, if Defendant has not
4  filed and served a responsive pleading to the Complaint before that date, Plaintiff
5  will file its Request for Entry of Defendant's Default.

Respectfully submitted,

Dated:  January 22, 2015    BAKER & HOSTETLER LLP

/s/ *C. Dennis Loomis*
C. Dennis Loomis
Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a
Canadian corporation

- 2 -

PLAINTIFF'S RESPONSE TO ORDER TO SHOW
CAUSE RE: DISMISSAL

605719550.1