C. Dennis Loomis, Bar No. 82359
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-7120
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: cdloomis@bakerlaw.com

Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a Canadian corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL COCKTAILS, INC.,<br><br>Defendant. | Case No. SACV14-1486 DOC (DFMx)<br><br>**PLAINTIFF'S REPORT ON SETTLEMENT EFFORTS IN LIGHT OF ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Globefill Incorporated heretofore reported to the Court, in response to the Court's Order to Show Cause Why This Case Should Not Be Dismissed For Lack Of Prosecution entered January 15, 2015, Docket No. 10 (the "OSC"), that Plaintiff has been diligently pursuing a negotiated compromise settlement of the claims asserted in this action. Pursuant to Plaintiff's accompanying request, the Court continued the return date on the OSC to February 20, 2015 (See Docket No. 12.)

The parties now have reached a settlement in principle and a formal written settlement agreement is being circulated for signature. Plaintiff will file a Request for Dismissal of this action without prejudice promptly upon the full execution of the settlement.

605965079.1

| | |
|---|---|
| | Respectfully submitted, |
| Dated: February 27, 2015 | BAKER & HOSTETLER LLP |
| | /s/ *C. Dennis Loomis* |
| | C. Dennis Loomis |
| | Attorneys for Plaintiff |
| | GLOBEFILL INCORPORATED, a Canadian corporation |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -   PLAINTIFF'S REPORT ON SETTLEMENT EFFORTS

605965079.1