C. Dennis Loomis, Bar No. 82359
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Tel: (310) 820-8800; Fax: (310) 820-8859
Email: cdloomis@bakerlaw.com
Attorneys for Plaintiff Globefill Incorporated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>                                    Plaintiff(s),<br>v.<br>COASTAL COCKTAILS, INC.,<br><br>                                    Defendant(s). | CASE NUMBER<br>SACV14-1486 DOC (DFMx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| March 4, 2015<br>*Date* | /s/C. Dennis Loomis<br>*Signature of Attorney/Party*<br>C. Dennis Loomis |

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

